# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ray, Christopher L. | **2. Court or Organization**<br><br>U.S. District Court, Southern District of Georgia | **3. Date of Report**<br><br>08/09/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S Magistrate Judge (FT) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
125 Bull Street
Savannah, Georgia 31401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | POA #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (event planner) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | N | T | | | | | |
| 3. Mass Mutual S 500 Low Vol Price Rtrn Daily Risk Control Fixed Annuity | | None | O | T | | | | | |
| 4. Brighthouse 6 Year Shield 25 S&P 500 Index Fixed Annuity | | None | M | T | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. Flexshares Intl. Qty (IQDF) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 7. Goldman Sach Lrg. (GSLC) | A | Dividend | | | Sold | 07/24/20 | J | A | |
| 8. IShares Edge (ACWV) | A | Dividend | J | T | | | | | |
| 9. Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 10. SPDR Long Term Treasury ETF (SPTL) | A | Dividend | | | Buy | 07/24/20 | J | | |
| 11. | | | | | Sold | 12/15/20 | J | | |
| 12. SPDR Mid Cap ETF (SPMD) | A | Dividend | J | T | | | | | |
| 13. Vanguard Total World Stock (VT) | A | Dividend | J | T | | | | | |
| 14. Wisdomtree International High Div ETF (DTH) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 15. Wisdomtree Cboe SP 500 Putwrt (PUTW) (X) | A | Dividend | J | T | | | | | |
| 16. Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | | | | | |
| 17. Blackrock High Yield Bond Svc (BHYSX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Doubleline Total Return (DLTNX) | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 19. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 20. AQR LG Cap Defensive (AUENX) | A | Dividend | J | T | | | | | |
| 21. Baron Emrg Mkts FD Retail (BEXFX) | | None | J | T | Buy (add'l) | 12/15/20 | J | | |
| 22. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | | | | | |
| 23. Nuveen Preferred SEC (NPSRX) | A | Dividend | J | T | | | | | |
| 24. Account #2 (H) | | | | | | | | | |
| 25. Flexshares Intl. Qty (IQDF) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 26. Goldman Sachs Lrg (GSLC) | A | Dividend | | | Sold | 07/24/20 | J | A | |
| 27. Ishares Edge MSCI Min (ACWV) | A | Dividend | J | T | | | | | |
| 28. Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 29. SPDR Long Term Treasury ETF (SPTL) | A | Dividend | | | Buy | 07/24/20 | J | | |
| 30. | | | | | Sold | 12/15/20 | J | | |
| 31. SPDR Mid Cap (SPMD) | A | Dividend | J | T | | | | | |
| 32. Vanguard Total World Stock (VT) | A | Dividend | J | T | | | | | |
| 33. Wisdomtree International High Div ETF (DTH) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 34. Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Doubleline Total Return (DBLTX) | A | Dividend | J | T | Sold<br>(part) | 03/19/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 37. AQR Lg Cap Defensive (AUENX) | A | Dividend | J | T | | | | | |
| 38. Baron Emrg Mkts FD (BEXFX) | | None | J | T | Buy<br>(add'l) | 12/15/20 | J | | |
| 39. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | | | | | |
| 40. Nuveen Preferred SEC (NPSRX) | A | Dividend | J | T | | | | | |
| 41. Account #3 (H) | | | | | | | | | |
| 42. Schwab Bank (cash) (Y) | | | | | | | | | |
| 43. Flexshares Intl Qty (IQDF) | B | Dividend | K | T | Sold<br>(part) | 02/05/20 | J | A | |
| 44. Invesco Bulletshares 2021 Corporate Bond (BSCL) | A | Dividend | | | Sold | 03/05/20 | K | B | |
| 45. IShares Core S&P Mid Cap (IJH) | B | Dividend | M | T | Sold<br>(part) | 02/05/20 | J | A | |
| 46. | | | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 47. IShares MSCI EAFE (EFA) | B | Dividend | L | T | | | | | |
| 48. IShares Edge MSCI Min (ACWV) | B | Dividend | L | T | Sold<br>(part) | 02/05/20 | J | A | |
| 49. JPMorgan Diverse Rtrn (JPIN) | B | Dividend | L | T | | | | | |
| 50. Proshares S&P 500 Div Aristocrat ETF (NOBL) | | None | L | T | Buy | 03/25/20 | L | | |
| 51. | | | | | Sold<br>(part) | 10/02/20 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Wisdomtree CBOE 500 (PUTW) | B | Dividend | M | T | | | | | |
| 53. Angel Oak Multi Strategy (ANGIX) | D | Dividend | M | T | | | | | |
| 54. Blackrock High Yield Bond Instl (BHYIX) | A | Dividend | K | T | Buy | 09/17/20 | K | | |
| 55. Blackrock Total Return (MAHQX) | E | Dividend | O | T | | | | | |
| 56. Doubleline Total Return (DBLTX) | D | Dividend | M | T | | | | | |
| 57. Eaton Vance Global Macro (EIGMX) | C | Dividend | L | T | | | | | |
| 58. Guggenheim Macro Oppty Inst (GIOIX) | A | Dividend | | | Sold | 03/24/20 | L | | |
| 59. Pioneer Bond Fund CL (PICYX) | C | Dividend | L | T | Sold<br>(part) | 05/01/20 | K | A | |
| 60. AQR Lg Cap Devensive Style I (AUEIX) | A | Dividend | K | T | | | | | |
| 61. AQR Style Premia (QSLIX) | | None | | | Sold | 09/17/20 | K | | |
| 62. Baron Emrg Mkts FD Retail (BEXIX) | | None | L | T | | | | | |
| 63. Fuller & Thaler Behavioral (FTHSX) | A | Dividend | K | T | | | | | |
| 64. Nuveen Preferred SEC (NPSRX) | D | Dividend | M | T | | | | | |
| 65. Account #4 (H) | | | | | | | | | |
| 66. Flexshares Intl Qty (IQDF) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 67. Goldman Sachs Lrg (GSLC) | A | Dividend | | | Sold | 07/24/20 | J | A | |
| 68. IShares Edge MSCI (ACWV) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 70. SPDR Long Term Treasury ETF (SPTL) | A | Dividend | | | Buy | 07/24/20 | J | | |
| 71. | | | | | Sold | 12/15/20 | J | | |
| 72. SPDR Mid Cap ETF (SPMD) | A | Dividend | J | T | | | | | |
| 73. Vanguard Total World Stock (VT) | A | Dividend | J | T | | | | | |
| 74. Wisdomtree International High Div ETF (DTH) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 75. Wisdomtree Cboe SP 500 Putwrt (PUTW) (X) | A | Dividend | J | T | | | | | |
| 76. Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | | | | | |
| 77. Blackrock High Yield Bond Svc (BHYSX) (X) | A | Dividend | J | T | | | | | |
| 78. Doubleline Total Return (DLTNX) | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 79. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 80. AQR LG Cap Defensive (AUENX) | A | Dividend | J | T | | | | | |
| 81. Baron Emrg Mkts FD Retail (BEXFX) | | None | J | T | Buy (add'l) | 12/15/20 | J | | |
| 82. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | | | | | |
| 83. Nuveen Preferred SEC (NPSRX) | A | Dividend | J | T | | | | | |
| 84. Account #5 (H) | | | | | | | | | |
| 85. CREF Stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. CREF Social Choice | | None | J | T | | | | | |
| 87. CREF Bond | | None | J | T | | | | | |
| 88. Account #6 (H) | | | | | | | | | |
| 89. TIAA Traditional Standard | | None | J | T | | | | | |
| 90. Account #7 (H) | | | | | | | | | |
| 91. Flexshares Intl Qty (IQDF) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 92. Goldman Sachs Lrg. (GSLC) | A | Dividend | | | Sold | 07/24/20 | J | B | |
| 93. IShares Edge MSCI (ACWV) | A | Dividend | K | T | Buy<br>(add'l) | 08/13/20 | J | | |
| 94. Schwab US Large Cap (SCHX) | A | Dividend | K | T | Sold<br>(part) | 08/13/20 | J | A | |
| 95. SPDR Long Term Treasury ETF (SPTL) | A | Dividend | | | Buy | 07/24/20 | J | | |
| 96. | | | | | Sold | 12/15/20 | J | | |
| 97. SPDR Nuveen Bloomberg Barclays Short<br>Term Municipal Bond ETF (SHM) | A | Dividend | J | T | | | | | |
| 98. SPDR Mid Cap (SPMD) | A | Dividend | J | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 100. | | | | | Sold<br>(part) | 08/13/20 | J | | |
| 101. Vanguard Total World Stock (VT) | A | Dividend | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 102. | | | | | Sold<br>(part) | 08/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold (part) | 12/15/20 | J | A | |
| 104.  Vanguard Short Term (VCSH) | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 105.  Wisdomtree International High Div ETF (DTH) | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 106.  Wisdomtree CBOE 500 (PUTW) | A | Dividend | J | T | | | | | |
| 107.  Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 108. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 109.  Blackrock High Yield Bond Svc (BHYSX) | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 110.  Eaton Vance Global Macro (EAGMX) | A | Dividend | J | T | | | | | |
| 111.  Lord Abbott Interm Tax Free A (LISAX) | A | Dividend | K | T | Sold (part) | 03/19/20 | J | | |
| 112. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 113.  Nuveen Preferred SEC (NPSRX) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 114.  AQR Lg Defensive Style N (AUENX) | A | Dividend | K | T | Sold (part) | 08/13/20 | J | A | |
| 115.  AQR Style Premia ALT (QSLIX) | | None | | | Buy (add'l) | 08/13/20 | J | | |
| 116. | | | | | Sold | 09/17/20 | J | | |
| 117.  Baron Emrg Mkts FD Retail (BEXFX) | | None | K | T | Sold (part) | 08/13/20 | J | A | |
| 118. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 119.  Cohen & Steers Preferred SEC & Inc (CPXAX) | A | Dividend | K | T | Buy | 04/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 121. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 122. | | | | | Sold<br>(part) | 08/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Account #5 and Account #6: These are TIAA Single Life Variable Income Annuities; underlying assets for each annuity are listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L. | 08/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ Christopher L. Ray

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544